IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No. 16-cr-00038-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ROBERT RAMON LOPEZ,

    Defendant.

_____

ORDER
_____

    As further set forth on the record at the status and scheduling hearing held on March 24, 2016, a further status/change of plea hearing is scheduled for Thursday, April 7, 2016 at 9:00 a.m.

Dated: March  24 , 2016, in Denver, Colorado.

                                                  BY THE COURT:

                                               s/Lewis T. Babcock
                                              LEWIS T. BABCOCK, JUDGE