IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No. 16-cr-00038-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ROBERT RAMON LOPEZ,

    Defendant.

_____

# ORDER
_____

As further set forth on the record at the status and scheduling hearing held on April 7, 2016, IT IS HEREBY ORDERED as follows:

1. A 4-day jury trial is set to begin on Monday, May 2, 2016 at 9:00 a.m.;

2. A trial preparation conference is set for Thursday, April 28, 2016 at 9:00 a.m.;

3. The government shall file its witness and exhibit lists and proposed jury instructions on or before April 27, 2016;

4. Defendant shall file any witness and exhibit lists and proposed special instructions that counsel wishes to submit on or before April 27, 2016;

5. The deadline for filing motions is April 14, 2016; and

6. A further status and scheduling hearing is set for Friday, April 15, 2016 at 9:00 a.m.

Dated: April _7_, 2016, in Denver, Colorado.

                                                BY THE COURT:

                                                s/Lewis T. Babcock
                                                LEWIS T. BABCOCK, JUDGE