IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No. 16-cr-00038-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ROBERT RAMON LOPEZ,

    Defendant.

___

## ORDER
___

    As further set forth on the record at the status and scheduling hearing held on April 15, 2016, IT IS HEREBY ORDERED as follows:

    1. The Government shall file its responses to Defendant's Motion to Sever Counts for Trial [Doc # 24] and Motion to Suppress Evidence [Doc # 23] on or before April 21, 2016;

    2. Defendant shall file his replies to the motions on or before April 28, 2016;

    3. A half-day hearing on Defendant's Motion to Suppress Evidence is set for May 4, 2016 at 8:30 a.m.;

    4. The dates previously set for trial; the trial preparation conference; and the filing of witness lists, exhibit lists, and jury instructions are hereby VACATED and will be re-set upon resolution of Defendant's motions; and

    5. The speedy trial clock is tolled effective April 13, 2016 pending resolution of Defendant's motions.

Dated: April  15 , 2016, in Denver, Colorado.

                                BY THE COURT:

                                s/Lewis T. Babcock
                                LEWIS T. BABCOCK, JUDGE